**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 97-7387**

—————————

GEORGE SAMUEL GREEN, JR.,

Plaintiff - Appellant,

versus

COUNSELS OF A-7-8 UNIT AND B-1 UNIT; D.
GARRHARTY, Warden; UNIT MANAGERS, A-7-8, B-1;
LIEUTENANTS OF UNIT, A-7-8, B-1; UNKNOWN SER-
GEANTS OF UNIT, A-7-8, B-1; UNKNOWN COMMANDING
OFFICERS OF UNIT, A-7-8, B-1; UNKNOWN LAW
LIBRARY MANAGER, A Unit, B Unit,

Defendants - Appellees.

—————————

**No. 97-7414**

—————————

GEORGE SAMUEL GREEN, JR.,

Plaintiff - Appellant,

versus

COUNSELS OF A-7-8 UNIT AND B-1 UNIT; D.
GARRHARTY, Warden; UNIT MANAGERS, A-7-8, B-1;
LIEUTENANTS OF UNIT, A-7-8, B-1; UNKNOWN SER-
GEANTS OF UNIT, A-7-8, B-1; UNKNOWN COMMANDING
OFFICERS OF UNIT, A-7-8, B-1; UNKNOWN LAW
LIBRARY MANAGER, A Unit, B Unit,

Defendants - Appellees.

Appeals from the United States District Court for the Eastern District of Virginia, at Norfolk. Robert G. Doumar, Senior District Judge. (CA-97-26-2)

Submitted: July 22, 1998                    Decided: July 31, 1998

Before ERVIN, MICHAEL, and MOTZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

George Samuel Green, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's orders denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1998) complaint and denying his motion for reconsideration. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Green v. Counsels</u>, No. CA-97-26-2 (E.D. Va. Sept. 17 & 30, 1997). We deny Appellant's motion for an ex parte hearing. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

3